UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -2 A 9: 32
US DISTRICT COURT
HARTFORD CT

-----------------------------------------------------------------X
ERNEST AVERY,

                   Plaintiff,

    - against -

METRO-NORTH RAILROAD CO.,

                   Defendant.
-----------------------------------------------------------------X

CIVIL ACTION NO.

3:02 CV 02027 (AWT)

November 26, 2003

## DEFENDANT'S NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of defendant, Metro-North Railroad Co.

FOR DEFENDANT METRO-NORTH RAILROAD CO.

By: _____
Cathleen Giannetta (CT 12052)
Landman Corsi Ballaine & Ford P.C.
Offices of Metro-North Railroad Co.
50 Union Avenue
New Haven, CT 06519

120 Broadway - 27th Floor
New York, NY 10271
(212) 238-4800

358235.1 DocsNY