UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 17 A 10:21
U.S. DISTRICT COURT
HARTFORD, CT.

ERNEST AVERY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION

NO. 3:02CV02027(AWT)

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

PLAINTIFF, ERNEST AVERY

BY _____
George J. Cahill, Jr. (ct04485)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000


DEFENDANT, METRO-NORTH RAILROAD COMPANY,

BY _____
Cathleen Giannetta (ct12052)
Landman Corsi Ballaine & Ford, P.C.
120 Broadway – 27th Floor
New York, New York 10271
(212) 238-4800