UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAR 17 A 10: 21
U.S. DISTRICT COURT
HARTFORD, CT.

―――――――――――――――――――

ERNEST AVERY,

    Plaintiff

           CIVIL ACTION
           NO. 3:02CV02027(AWT)

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

―――――――――――――――――――X

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

PLAINTIFF, ERNEST AVERY

BY _____
George J. Cahill, Jr. (ct04485)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

DEFENDANT, METRO-NORTH RAILROAD COMPANY,

BY _____
Cathleen Giannetta (ct12052)
Landman Corsi Ballaine & Ford, P.C.
120 Broadway – 27th Floor
New York, New York 10271
(212) 238-4800

FILED
2004 MAR 25 P 12: 50

**APPROVED and SO ORDERED.**

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    03/24/04